**UNITED STATES of America,**
**Appellee,**

v.

**Junior Lee GAMBILL, Appellant.**

**No. 12959.**

United States Court of Appeals
Fourth Circuit.

Argued March 4, 1969.

Decided March 10, 1969.

Certiorari Denied May 19, 1969.
See 89 S.Ct. 1750.

John E. Hall, North Wilkesboro, N. C.,
(McElwee & Hall, North Wilkesboro,
N. C., on brief) for appellant.

H. Marshall Simpson, Asst. U. S. Atty.,
(William H. Murdock, U. S. Atty., on
brief) for appellee.

Before HAYNSWORTH, Chief Judge,
and CRAVEN and BUTZNER, Circuit
Judges.

PER CURIAM:

Junior Lee Gambill appeals his con-
viction for the removal, possession, and
sale of untaxed whiskey. 26 U.S.C. §§
5601(a) (12), 5205(a) (2), and 5604(a)
(1). The evidence amply established that
Gambill was guilty and that he was not
entrapped. The conviction is affirmed.